UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Patt v. Prime Property & Casualty Ins. Co. et al
Civil Action No. 6:18-1477

Date: September 24, 2021

## MINUTES OF TELEPHONE CONFERENCE[1]

A telephone status conference was held this date before the Honorable Robert R. Summerhays. Participating in the conference were: Joshua Rubenstein and Blake Jones for plaintiff; and Matthew Green for defendant.

The trial in this matter is reset and will be held on July 5, 2022 at 9:30 a.m. The pretrial conference is reset for June 21, 2022 at 9:00 a.m. The Clerk is directed to enter a new scheduling order based upon the new trial and pretrial dates.

The Motion in Limine [Doc. 28] and Omnibus Motion in Limine [Doc. 29] are both granted in part and denied in part per the oral ruling announced by the Court.

---

[1] Statistical time – 30 min; court reporter – Larae Bourque